IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BINH TRAN, | No. 2:15-cv-2200-CMK |
| Plaintiff, | |
| vs. | ORDER |
| M.D. SCOTT W. WRYE, et al. | |
| Defendant. | |

      Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's motion for a stay (Doc. 11). Plaintiff is requesting the court put this case on hold due to a pending transfer out of High Desert State Prison. However, a review of the docket shows that shortly after he filed his request he was transferred. It appears he is now being housed at Sierra Conservation Center. Therefore the reason for the requested stay is no longer present. The court deems the motion to stay moot and is denied as such.

      IT IS SO ORDERED.

DATED: March 27, 2018

                                                          **CRAIG M. KELLISON**
                                                          UNITED STATES MAGISTRATE JUDGE